IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELIX D. ORTEGA, AIS 273941, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-842-RAH-CWB |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 26, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 35.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff Felix Ortega is DISMISSED as a party in this case.

3. This case is DISMISSED with prejudice under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. No costs are taxed.

Final Judgment will be entered separately.

DONE, on this the 11th day of September 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE